

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60260-CR-SCOLA/VALLE

18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(j)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

JUSTIN SMITH,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about August 21, 2013, in Broward County, in the Southern District of Florida, the defendant,

**JUSTIN SMITH,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm is an Izhmash, model IJ70-18A, 9mm semi-automatic pistol bearing serial number A0T1366.

### COUNT 2

On or about August 23, 2013, in Broward County, in the Southern District of Florida, the defendant,

**JUSTIN SMITH,**

1

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm is a Smith & Wesson, model Bodyguard, .380 caliber ~~revolver~~ [Pistol] bearing serial number EAY2544.

## COUNT 3

On or about August 23, 2013, in Broward County, in the Southern District of Florida, the defendant,

**JUSTIN SMITH,**

did knowingly possess a stolen firearm, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe that the firearm was stolen, in violation of Title 18, United States Code, Section 922(j).

It is further alleged that the firearm is a Smith & Wesson, model Bodyguard, .380 caliber ~~revolver~~ [Pistol] bearing serial number EAY2544.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c).

2. Upon conviction of Count 1 or 2 of this Indictment, offenses in violation of Title 18, United States Code, Section 922(g)(1), the defendant **JUSTIN SMITH**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United

States Code, Section 2461(c), any firearm involved in or used in the commission of the particular offense, including, but not limited to:

    (a)    One (1) Izhmash, model IJ70-18A, 9mm semi-automatic pistol bearing serial number A0T1366; and

    (b)    One (1) Smith & Wesson, model Bodyguard, .380 caliber ~~revolver~~ [THG Pistol] bearing serial number EAY2544.

3.    Upon conviction of Count 3 of this Indictment, an offense in violation of Title 18, United States Code, Section 922(j), the defendant **JUSTIN SMITH**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm involved in or used in the commission of that offense, including, but not limited to:

    (a)    One (1) Smith & Wesson, model Bodyguard, .380 caliber ~~revolver~~ [THG Pistol] bearing serial number EAY2544.

All pursuant to Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, 2461(c), and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
JODI ANTON
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

**JUSTIN SMITH,**
                **Defendant.**
_____/   **Superseding Case Information:**

**Court Division**: (Select One)               New Defendant(s)  ___ Yes  ___ No
                                               Number of New Defendants ___
    Miami ___        Key West ___         Total number of counts ___
    FTL __X__       WPB ___       FTP ___

    I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     __No__
   List language and/or dialect    _____

4. This case will take    __3-5__   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to  5 days     __X__        Petty     _____
   II   6 to 10 days     _____       Minor     _____
   III  11 to 20 days    _____       Misdem.   _____
   IV   21 to 60 days    _____       Felony    _____
   V    61 days and over _____

6. Has this case been previously filed in this District Court?  _____ (Yes or No)
   If yes:
   Judge: _____   Case No. _____
       (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   _____ **NO** (Yes or No)
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of  __10/01/2013__
   Rule 20 from the District of _____

   Is this a potential death penalty case?    _____ (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

                                            _____
                                            JODI ANTON
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Florida Bar No.: 184098

Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** JUSTIN SMITH         **Case No:** _____

Counts #: 1 and 2

Possession of a Firearm

18 USC 922(g)(1)

**\* Max. Penalty:**   Ten (10) years' imprisonment, $250,000 fine and Three (3) years supervised release.

Count #: 3

Knowingly Possessing a Stolen Firearm

18 USC 922(j)

**\*Max. Penalty:**   Ten (10) years' imprisonment, $250,000 fine and Three (3) years supervised release.

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.